THE LIBERTY NATIONAL BANK OF NEW YORK, Respondent, v. ROBERT J. MACFARLAND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOHN E. KING, Appellant, v. JOHN L. DUDLEY, JR., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GEORGE HOLMES, as Administrator, etc., Respondent, v. ABRAHAM L. FUTTERMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JAY G. WILBRAHAM, Respondent, v. JENNIE STAFFORD MURPHEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

F. W. MOORE COMPANY v. ARISTO HOSIERY COMPANY, INC., and Others. — Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

F. GATES PORTER and Others v. BERTIN HONIG.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

NATHAN ROSENBERG v. JACOB HOLZMAN and Others, as Executors, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CARL R. BYOIR v. JAMES M. PIERCE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CHARLES A. ROBINSON v. I. TOWNSEND BURDEN, JR., and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

LOUISE M. DORLAND v. FIDELITY DEVELOPMENT COMPANY and Others. — Motion to dismiss appeal denied without prejudice to renewal if action be not revived within a reasonable time. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MERCHANT & EVANS COMPANY v. MACHINERY AND METAL SALES COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED TODARO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS J. VENTIMIGLIA.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.